No. 1503. VÁZQUEZ, APELANTE, *v.* SUCESIÓN POLANCO, DEMANDADA.—Cobro de dinero. Humacao. Mayo 25, 1916. De-sestimada la apelación.

No. 1004. EL PUEBLO, APELADO, *v.* VELASCO, APELANTE.—Infracción Ley Pesas y Medidas. Ponce. Mayo 26, 1916. *Confirmada la sentencia.*